**EXHIBIT G-1 – Plaintiffs Illustrative computations on the Joint 2021 ITR claims**

1. **Income and Expenses on Medical related transactions**

   **Table 1-a – Income Realized on Medical related transactions**

   | Income | Amount (USD) | Comments |
   |---|---|---|
   | Medical Services | 15,965.13 | |
   | Medical – Workforce-in-place | 15,965.13 | |
   | Medical – Intellectual Property (Know-How) | 15,965.13 | |
   | Medications | 70,152.84 | |
   | Medical Insurance Contract | 29,130.24 | |
   | Dental Insurance Contract | 180 | |
   | Vision Insurance Contract | 170.88 | |
   | Discounts from Provider | 11,357.60 | |
   | Insurance Claims | 67,136.46 | |
   | **TOTAL - Income** | **226,023.41** | |
   | **TOTAL – Income including Notes and Intangibles** | **12,205,264.14** | Total Income * 54 |

   **Table 1-b – Expenses Realized on Medical related transactions**

   | Expenses – Cost of Sales – incurred during the trade | Amount | Comments |
   |---|---|---|
   | COS - Medical Services | 15,965.13 | |
   | COS - Medical – Workforce-in-place | 15,965.13 | |
   | COS - Medical – Intellectual Property (Know-How) | 15,965.13 | |
   | COS – Medications | 70,152.84 | |
   | COS - Medical Insurance Contract | 29,130.24 | |
   | COS - Dental Insurance Contract | 180 | |
   | COS - Vision Insurance Contract | 170.88 | |
   | COS - Discounts from Provider | 11,357.60 | |
   | COS - Insurance Claims | 67,136.46 | |
   | **TOTAL COS** | **226,023.41** | |
   | **TOTAL COS – Including Notes and Intangibles** | **12,205,264.14** | Total COS * 54 |
   | **Operating Expenses – Incurred when the property is consumed or used** | | |
   | Medical Services Expense | 15,965.13 | |
   | Medical Workforce-in-place Expense | 15,965.13 | |
   | Medical Intellectual Property (Know-how) Expense | 15,965.13 | |
   | Medications Expenses | 70,152.84 | |

| | | |
|---|---:|---|
| Medical Insurance Contract - Expenses | 29,130.24 | |
| Dental Insurance Contract - Expenses | 180 | |
| Vision Insurance Contract - Expenses | 170.88 | |
| **TOTAL Operating Expenses** | **147,529.35** | |
| **TOTAL Operating Expenses – including Notes and Intangibles** | **3,983,292.45** | Total OE * 27 |
| **TOTAL Expenses** | **16,188,556.59** | |

Table 1-c – Expenses claimed in 2021 Form 1040 Sched A – Line 1

| Expenses – Claimed in 2021 Form 1040 Sched A – Line 1 | Amount | Comments |
|---|---:|---|
| COS - Medical Services | 15,965.13 | |
| COS - Medical – Workforce-in-place | 15,965.13 | |
| COS - Medical – Intellectual Property (Know-How) | 15,965.13 | |
| COS – Medications | 70,152.84 | |
| COS - Medical Insurance Contract | 29,130.24 | |
| COS - Dental Insurance Contract | 180 | |
| COS - Vision Insurance Contract | 170.88 | |
| **TOTAL COS** | **147,529.35** | |
| **TOTAL COS – Including Notes and Intangibles** | **7,966,584.90** | Total COS * 54 |

2. **Income and Expenses on April Harry Quinones employment with Fur Systems**

   Table 2-a – Income Realized on Mr. Quinones employment with Fur Systems

| Income | Amount (USD) | Comments |
|---|---:|---|
| Money received – payment for hours rendered | 84,999.98 | |
| Going-concern-value received – payment for the Workforce-in-place traded | 84,999.98 | |
| Going-concern-value received – payment for the Intellectual Property (Know-How) traded | 84,999.98 | |
| Going-concern-value received – payment for the Human Resource traded | 84,999.98 | |
| Money received – Other benefits | 20,960.70 | |
| Social Security Contract | 11,395.60 | |
| Medicare Contract | 2,665.10 | |

| | | |
|---|---|---|
| **TOTAL - Income** | 375,021.32 | |
| **TOTAL – Income including Notes and Intangibles** | 20,251,151.28 | Total Income * 54 |

**Table 2-b – Expenses Realized on Mr. Quinones employment with Fur Systems**

| Expenses – Cost of Sales – incurred during the trade | Amount | Comments |
|---|---|---|
| COS – Value of hours rendered | 84,999.98 | |
| COS – Value of Workforce-in-place traded | 84,999.98 | |
| COS – Value of Intellectual Property (Know-How) traded | 84,999.98 | |
| COS – Value of Human Resource traded | 84,999.98 | |
| COS – Goodwill traded for Other benefits | 20,960.70 | |
| COS – Monies paid for Social Security Contract | 11,395.60 | |
| COS – Monies paid for Medicare Contract | 2,665.10 | |
| **TOTAL COS** | **375,021.32** | |
| **TOTAL COS – Including Notes and Intangibles** | **20,251,151.28** | Total COS * 54 |
| **Operating Expenses – Incurred when the property is consumed or used** | | |
| Social Security Contract Expenses | 11,395.60 | |
| Medicare Contract Expenses | 2,665.10 | |
| Going-concern-value expense – for Workforce-in-place traded | 84,999.98 | |
| Going-concern-value expense – for Intellectual property (Know-How) traded | 84,999.98 | |
| Going-concern-value expense – for Human Resource traded | 84,999.98 | |
| **SUB TOTAL** | **269,060.64** | |
| **SUB TOTAL – including Notes and Intangibles** | **7,264,637.28** | Sub-Total * 27 |
| **Financial Instrument Expenses – Notes and Intangibles attached to the money received as payment for hours rendered** | 2,039,999.52 | 84,999.98 * 24 |
| **Financial Instrument Expenses – Notes and Intangibles attached to the money received as payment for Other benefits** | 503,056.80 | 20,960.70 * 24 |

3

| | |
|---|---:|
| W2 Income – already included in Form 1040 Line 1 | 4,962,599 |
| TOTAL Expenses | 14,770,292.60 |

3. **Income and Expenses for Janeth Quinones employment with Vistra Corporation**

**Table 3-a – Income Realized on Mrs. Quinones employment with Vistra Corporation**

| Income | Amount (USD) | Comments |
|---|---:|---|
| Money received – payment for hours rendered | 115,419.65 | |
| Going-concern-value received – payment for the Workforce-in-place traded | 115,419.65 | |
| Going-concern-value received – payment for the Intellectual Property (Know-How) traded | 115,419.65 | |
| Going-concern-value received – payment for the Human Resource traded | 115,419.65 | |
| Money received – Other benefits | 123,287.75 | |
| Social Security Contract | 17,707.20 | |
| Medicare Contract | 5,651.92 | |
| Medical and Life Insurance Contract | 29,605.20 | |
| TOTAL - Income | 637,930.67 | |
| TOTAL – Income including Notes and Intangibles | 34,448,256.18 | Total Income * 54 |

**Table 3-b – Expenses Realized on Mrs. Quinones employment with Vistra Corporation**

| Expenses – Cost of Sales – incurred during the trade | Amount | Comments |
|---|---:|---|
| COS – Value of hours rendered | 115,419.65 | |
| COS – Value of Workforce-in-place traded | 115,419.65 | |
| COS – Value of Intellectual Property (Know-How) traded | 115,419.65 | |
| COS – Value of Human Resource traded | 115,419.65 | |
| COS – Goodwill traded for Other benefits | 123,287.75 | |
| COS – Monies paid for Social Security Contract | 17,707.20 | |
| COS – Monies paid for Medicare | 5,651.92 | |

4

| | | |
|---|---|---|
| Contract | | |
| COS – Monies paid for Medical and Life Insurance Contract | 29,605.20 | |
| **TOTAL COS** | **637,930.67** | |
| **TOTAL COS – Including Notes and Intangibles** | **34,448,256.18** | Total COS * 54 |
| **Operating Expenses – Incurred when the property is consumed or used** | | |
| Social Security Contract Expenses | 17,707.20 | |
| Medicare Contract Expenses | 5,651.92 | |
| Medical and Life Insurance Contract Expenses | 29,605.20 | |
| Going-concern-value expense – for Workforce-in-place traded | 115,419.65 | |
| Going-concern-value expense – for Intellectual property (Know-How) traded | 115,419.65 | |
| Going-concern-value expense – for Human Resource traded | 115,419.65 | |
| **SUB TOTAL** | **399,223.27** | |
| **SUB TOTAL – including Notes and Intangibles** | **10,779,028.29** | Sub-Total * 27 |
| **Financial Instrument Expenses – Notes and Intangibles attached to the money received as payment for hours rendered** | **2,770,071.60** | 115,419.65 * 24 |
| **Financial Instrument Expenses – Notes and Intangibles attached to the money received as payment for Other Benefits** | **2,958,906** | 123,287.75 * 24 |
| W2 Income – already included in Form 1040 Line 1 | 9,471,261 | |
| **TOTAL Expenses** | **25,979,266.89** | |

5